**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ Division

**In re** Randall S Parrish
Jay M Parrish

**Case No.** 19-31632-KRH

**Debtor(s)**        **Chapter 13**

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____4/24/19_____.

**3**. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____5/9/19_____ , for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

WILLIAM C. REDDEN
Clerk of Court

Date: April 10, 2019          By /s/ C. Baumgartner
                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

April 10, 2019

[oex13ps ver. 01/10]